**Opinion issued November 21, 2017**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-17-00674-CV

_____

## CLYDE WILLIAMS, Appellant

## V.

## JIRECH PROPERTY MANAGEMENT, LP, Appellee

---

**On Appeal from the County Court at Law No. 3**
**Fort Bend County, Texas**
**Trial Court Cause No. 17-CCV-059964**

---

## MEMORANDUM OPINION

Appellant, Clyde Williams, proceeding pro se, has failed to timely file his

appellate brief. *See* TEX. R. APP. P. 38.6(a), (d), 38.8(a)(1). After being notified by

the Clerk of this Court's October 25, 2017 notice that this appeal was subject to

dismissal for failure to file the appellant's brief within ten days of the date of that notice, appellant failed to timely respond. *See id.* 38.8(a)(1), 42.3(b), (c).

Accordingly, we dismiss the appeal for want of prosecution for failure to timely file a brief. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

**PER CURIAM**

Panel consists of Justices Keyes, Brown, and Lloyd.